UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDWAY TOWNHOMES, LTD. AND<br>MIDWAY TOWNHOMES GP LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | CIVIL ACTION NO. 6:17-cv-00279 |
| v. | §<br>§ | |
| PELEUS INSURANCE COMPANY, | §<br>§<br>§ | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Midway Townhomes, Ltd., Plaintiff Midway Townhomes G.P., LLC, and Defendant Peleus Insurance Company (collectively, the "Parties") file this Joint Notice of Settlement and hereby notify the Court that the Parties have reached a settlement of this lawsuit and all claims asserted therein. The Parties have memorialized the terms and conditions of their settlement and expect to file a Joint Motion to Dismiss with Prejudice in the next forty-five days.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**


By: */s/ Michael W. Huddleston*
Michael W. Huddleston
State Bar No. 10148415
mhuddleston@munsch.com
D. Ronald Reneker
State Bar No. 16770000
rreneker@munsch.com

500 North Akard Street Suite 3800
Dallas, Texas 75201
Telephone:   214-855-7500
Facsimile:    214-855-7584

**ATTORNEYS FOR PLAINTIFFS**

-and-

**ZELLE LLP**

By: */s/ James W. Holbrook, III*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    W. William Cardwell, IV
    Texas Bar No. 24094419
    wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT**