IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MIDWAY TOWNHOMES, LTD. AND | § | |
| MIDWAY TOWNHOMES GP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:17-cv-00279 |
| v. | § | |
| | § | |
| PELEUS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Midway Townhomes, Ltd. and Midway Townhomes G.P., LLC and Defendant Peleus Insurance Company (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to a dismissal of all claims of Plaintiffs with prejudice to refiling same. The Parties further stipulate that all defenses and/or counterclaims of Defendant are dismissed with prejudice to refiling same.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael W. Huddleston*
  Michael W. Huddleston
  State Bar No. 10148415
  mhuddleston@munsch.com
  D. Ronald Reneker
  State Bar No. 16770000
  rreneker@munsch.com

500 North Akard Street Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR PLAINTIFFS**

-and-


**ZELLE LLP**


By: */s/ James W. Holbrook, III*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    W. William Cardwell, IV
    Texas Bar No. 24094419
    wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT**